UNITED STATES of America, Plaintiff—Appellee,

v.

Alan Oszuel GONZALEZ, Defendant—Appellant.

No. 08–50404.

United States Court of Appeals, Ninth Circuit.

Submitted July 8, 2009.*

Filed July 14, 2009.

Steven D. DeSalvo, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Joan Kerry Bader, Esquire, Law Offices of J. Kerry Bader, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, FERNANDEZ and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Appellant knowingly, voluntarily, and intelligently waived his *Miranda* rights. *See Cox v. Del Papa,* 542 F.3d 669, 675 (9th Cir.2008), *cert. denied, Cox v. Masto,* —— U.S. ——, 129 S.Ct. 1403, 173 L.Ed.2d

---

4.  8 U.S.C. § 1229b(b)(1).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

610 (2009). Accordingly, the district court did not err in admitting his confession.

**AFFIRMED.**